STATE OF NEW JERSEY v. OTTO KRUPP.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN TOLMAN.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY SMALL.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK BOOKER.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS E. PRYOR.

February 6, 1987.

Petition for certification denied.